IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| In re: | |
|---|---|
| WALTERS, AMANDA, | Case No. 23-10426 SAH |
| Debtor. | Chapter 7 |

**TRUSTEE'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS**

**AND**

**BRIEF IN SUPPORT THEREOF**

**AND**

**NOTICE OF HEARING AND NOTICE OF OPPORTUNITY FOR HEARING**

COMES NOW, John Mashburn, Trustee, and in support of the above-captioned Objection respectfully represents and shows to the Court the following:

1. A Petition for Relief and Schedule C – Property Claimed As Exempt – were filed herein on February 28, 2023.

2. The §341 Meeting of Creditors was held and concluded on March 28, 2023.

3. Said Schedule C lists the following property claimed as exempt with the following authorities and claimed values:

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>2013 Audi Q7 (approx. 150,000 miles)<br>2901 Fawn lily Rd<br>Oklahoma City, OK 73128<br>Line from Schedule A/B: 3.1 | $6,500.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Okla. Stat. tit. 31 § 1(A)(13) |

(hereafter the "Property").

4. Debtor's one-half ownership interest in said Property is property of the estate as scheduled and evidenced by the record owner for the same.

5. Schedule D states that the Property has a value of $6,500.00 and is subject to a secured claim of David Friedman ("Friedman") in the amount of $11,900.00.

6. Friedman did not timely perfect its lien. The Trustee is seeking avoidance and recovery, in favor of the estate, of Friedman's deemed perfection as a preference pursuant to 11 U.S.C. § 547(e)(2)(C).

7. Therefore, although said lien is unperfected, the schedules establish that the value of Debtor's interest in the Property is limited to the amount by which the bankruptcy estate's recovery of said Property exceeds $11,900.00, which excess is the amount of Debtor's available exemption pursuant to 31 O. S. § 1.A.13. *See Wilson v. General Motors Acceptance Corp. (In re McCoy)*, 643 F.2d 684 (10th Cir.1981); and *In re Pebsworth*, 121 B.R. 600 (Bankr.N.D.Okla. 1990).

8. Debtor's exemption of any funds recovered from Friedman or from liquidation of the Property is limited to the amount by which the bankruptcy estate's recovery of said Property exceeds $11,900.00.

WHEREFORE, the Trustee prays the Court for an order denying Debtor's claimed exemption in said Property except to the extent that the bankruptcy estate's recovery of said Property exceeds $11,900.00 and that the Trustee have such other and further relief to which he may be entitled.

## NOTICE OF OPPORTUNITY FOR HEARING

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document.** If you do not want the Court to sustain the objection, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than fourteen (14) days from the date of filing of the objection. You should also serve a file-stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may sustain the objection and strike the scheduled hearing without further notice.
[Note – this is a flat fourteen 14 days regardless of the manner of service.]

## NOTICE OF HEARING
## (TO BE HELD IF A RESPONSE IS FILED)

**Notice is hereby given that if a response to the objection is filed, the hearing on this matter is scheduled for May 17, 2023, at 9:30  a.m., telephonically, before the Honorable Sarah A. Hall, United States Bankruptcy Judge. Participating or responding parties are hereby notified they may participate, using the call-in information as follows: Phone Number: 866-590-5055, Access Code, 4489321. All counsel and parties are directed as follows: (1) all participants shall mute their phone when it is not their case, (2) no participant shall use a "speaker," function and (3) no participant shall place the call on hold (in order for the Court and other participants to avoid hearing hold music or other noises that detract from the proceeding and audio recording of same). If no response is timely filed and the court grants the requested relief prior to the above-referenced hearing date, the hearing will be stricken from the docket of the Court.**

                Respectfully submitted,

                *s/ John Mashburn*
                John Mashburn, OBA#12763
                JOHN D. MASHBURN, ATTORNEY AT LAW, P.C.
                1616 E 19th Street, Suite 301A
                Edmond, OK 73013
                (405) 726-9795 Telephone
                (405) 726-9796 Facsimile
                john@mashburnlaw.net
                ATTORNEY FOR THE TRUSTEE

## CERTIFICATE OF SERVICE

      This is to certify that, on the day of filing this document with the Clerk of the Court as indicated above, I electronically transmitted the foregoing document to the Clerk of the Bankruptcy Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the all ECF registrants for this case and, further that I mailed, first-class postage prepaid, a true and correct copy of the above and foregoing to the following parties:

O. Clifton Gooding, Esq.
The Gooding Law Firm
204 N Robinson Avenue
Suite 1235
Oklahoma City, OK 73102

Amanda Michelle Walters
2901 Fawn Lily Rd
Oklahoma City, OK 73128

                                                                */s/ John D Mashburn*
                                                                JOHN MASHBURN