UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re:  Amanda Walters, ) | |
| ) | Case No. 23-10426-SAH |
| ) | Chapter 7 |
| Debtor(s).                        ) | |

**DEBTORS' RESPONSE TO TRUSTEE'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS**

Debtor, Amanda Walters, for her Response to the Trustee's Objection to Debtor's Claimed Exemption, alleges and states as follows:

1. Debtor filed this case under Chapter 7 on February 28, 2023.

2. Debtor claims an exemption for ½ of the motor vehicle titled in her name and one David Friedman, which has a total value of $11,900. Debtor claims her half to be worth $6,500.00.

3. As such Debtor requests her rightful exemption of $6,500.00.

Wherefore, premises considered, Debtor prays that the Objection of the Trustee to Debtor's Claimed Exemption be denied.

AMANDA WALTERS

By: */s/ O. Clifton Gooding*
     O. CLIFTON GOODING (OBA #10315)

OF THE FIRM:

GOODING LAW FIRM
A Professional Corporation
204 North Robinson Avenue, Suite 1235
Oklahoma City, Oklahoma 73102
405.948.1978 – Telephone
405.948.0864 – Telecopier
cgooding@goodingfirm.com - Email

Attorneys for AMANDA WALTERS

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of April, 2023, a true and correct copy of the above document was electronically served using the CM/ECF system, namely:

John D. Mashburn, Esquire
Office of the United States Trustee

                                                     */s/ O. Clifton Gooding*
                                                     O. Clifton Gooding